**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1247

LON R. FRANK; MINNY FRANK,

Plaintiffs - Appellants,

versus

BRANCH BANKING & TRUST COMPANY,

Defendant - Appellee,

and

CENDANT CORPORATION, & John Does 1-99;
TRILEGIANT CORPORATION, & John Does 1-99,

Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Andre M. Davis, District Judge.
(1:05-cv-01292-AMD)

Submitted: July 20, 2006                    Decided: July 24, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lon R. Frank, Minny Frank, Appellants Pro Se. Brian L. Moffet, GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, Baltimore, Maryland, for Appellee.

––––––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lon and Minny Frank appeal the district court's order dismissing with prejudice their civil action for constructive fraud, fraud, and fraudulent concealment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Frank v. Branch Banking & Trust Co.</u>, No. 1:05-cv-01292-AMD (D. Md. Jan. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>